UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF ROSEVILLE, et al.,<br><br>        Defendants. | No. 2:18-cv-0425 JAM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 22, 2019, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10). Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued October 22, 2019 (ECF No. 10) are ADOPTED in full;

2. This action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted, and

3. The dismissal of this action is formally declared a "strike" pursuant to 28 U.S.C. § 1915(g).

DATED: December 4, 2019

/s/ John A. Mendez              

UNITED STATES DISTRICT COURT JUDGE